# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MICHELE DICOSOLA | ) |
| *Plaintiff* | ) No. 1:16-cv-08813 |
| v. | ) |
| NAPLETON'S SCHAUMBURG SUBARU, INC., | ) Judge Gabriel A. Fuentes |
| *Defendants* | ) |

## STIPULATION OF DISMISSAL

All matters in controversy in the above captioned cause of action having been fully agreed, and settled pursuant to the terms of a written settlement agreement, plaintiff, MICHELE DICOSOLA ("Plaintiff"), and Defendant, NAPLETON'S SCHAUMBURG SUBARU, INC., hereby stipulate and agree to the dismissal of Plaintiff's Complaint and the above captioned lawsuit, without prejudice, with each party to bear its own costs and attorneys' fees.

This dismissal shall automatically convert to dismissal with prejudice on **2/27/2020**.

Respectfully submitted,

By: /s/ Michele Dicosola
Pro Se Plaintiff
mikedicosola2018@gmail.com

By: /s/ Brittany Hartwig (with consent)
Attorney for Defendant
Napleton's Schaumburg Subaru, Inc.
Brittany Hartwig
James J. Roche & Associates
920 N. York Rd., Ste. 210
Hinsdale, Illinois 60521
P: 312-335-0044
bhartwig@jjroche.net

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I sent electronic notice to the following:

Michele Dicosola
mikedicosola2018@gmail.com

                                       By:  /s/ Brittany Hartwig (with consent)
                                             Attorney for Defendant
                                             Napleton's Schaumburg
                                             Subaru, Inc.  Brittany
                                             Hartwig
                                             James J. Roche & Associates
                                             920 N. York Rd., Ste. 210
                                             Hinsdale, Illinois 60521
                                             P:  312-335-0044
                                             bhartwig@jjroche.net